# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00837-CV

---

**Enrique Robledo, Appellant**

**v.**

**Martha Robledo, Appellee**

---

**FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY**
**NO. 25-037FLA, THE HONORABLE AMANDA MONTGOMERY, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on January 2, 2026. After an extension of time, Appellant's brief was then due on March 20, 2026. On June 24, 2026, this Court sent a notice to Appellant informing him that his brief was overdue and that a failure to file a satisfactory response by July 6, 2026, would result in the dismissal of this appeal for want of prosecution. To date, Appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Prosecution

Filed:   July 24, 2026